UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK    Attorney: KANE KESSLER, P.C.

---

FOUR PAWS PRODUCTS, LTD.

                                                                           **Plaintiff(s)**

- against -                                       Index # 07 CV 6267 (STEIN)

R SABEE COMPANY, LLC, ETANO                        Purchased July 9, 2007

                                                                         **Defendant(s)**        **AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAVID KLEINBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 26, 2007 at 03:50 PM at

FOUR PAWS PRODUCTS, LTD.
50 WIRELESS BOULEVARD
HAUPPAUGE, NY 11788

deponent served the within SUMMONS AND COMPLAINT on R SABEE COMPANY, LLC therein named.

    BY LEAVING A TRUE COPY WITH KEVIN CLANCEY, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK/GRAY | 58 | 6'0 | 175 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: July 30, 2007

| | | | |
|---|---|---|---|
| JOEL GRABER<br>Notary Public, State of New York<br>No. 02GR4699723<br>Qualified in New York County<br>Comm. Expires February 10, 2010 | MICHAEL SMITH<br>Notary Public, State of New York<br>No. 01SM4997428<br>Qualified in New York County<br>Comm. Expires June 8, 2010 | JONATHAN GRABER<br>Notary Public, State of New York<br>No. 01GR6156780<br>Qualified in New York County<br>Comm. Expires December 4, 2010 | DAVID KLEINBERG<br><br>Invoice #: 444499 |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

FOUR PAWS PRODUCTS, LTD.

                     Plaintiff(s)

        - against -

R SABEE COMPANY, LLC, ETANO

                     Defendant(s)

Index # 07 CV 6267 (STEIN)

Purchased July 9, 2007

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAVID KLEINBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 26, 2007 at 03:50 PM at

FOUR PAWS PRODUCTS, LTD.
50 WIRELESS BOULEVARD
HAUPPAUGE, NY 11788

deponent served the within SUMMONS AND COMPLAINT on DRAPER PRODUCTS INC. therein named.

    BY LEAVING A TRUE COPY WITH JOE DONOVAN, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | GRAY | 60 | 5'9 | 185 |

MUSTACHE, BEARD

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: July 30, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

MICHAEL SMITH
Notary Public, State of New York
No. 01SM4997428
Qualified in New York County
Comm. Expires June 8, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

DAVID KLEINBERG

Invoice #: 444499

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

FOUR PAWS PRODUCTS, LTD.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

R SABEE COMPANY, LLC and
DRAPER PRODUCTS INC.

**07 CV 6267**

**JUDGE STEIN**

TO: (Name and address of defendant)

R SABEE COMPANY, LLC
1718 West Eighth Street
Appleton, Wisconsin 54914

DRAPER PRODUCTIONS INC.
1718 West Eighth Street
Appleton, Wisconsin 54914

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KANE KESSLER, P.C.
1350 Avenue of the Americas
New York, New York 10019

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

JUL 0 9 2007

CLERK

DATE

(BY) DEPUTY CLERK