UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

FOUR PAWS PRODUCTS, LTD.,                            ELECTRONICALLY FILED

               Plaintiff,

                                  Case No. 07 CV 6267
                                  Hon. Sidney H. Stein

    vs.

R. SABEE COMPANY, LLC, and                          **Defendant R. Sabee Company, LLC's**
DRAPER PRODUCTS, INC.,                               **Rule 7.1 Statement**

               Defendants.
-----------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to

enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for R. SABEE COMPANY, LLC (a private non-governmental

party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party,

which are publicly held.

      Dated:  August 15, 2007

                  REINHART BOERNER VAN DEUREN, s.c.

                  BY: _____s/_____
                       Richard W. Donner
                       SDNY Attorney No. RD6205

                  1000 N. Water Street, Suite 2100
                  Milwaukee, WI 53202
                   (608) 298-1000
                  Attorneys for Defendants,
                  R. Sabee Company, LLC and
                  Draper Products, Inc.

Madison/186796