UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
FOUR PAWS PRODUCTS, LTD.,                    ELECTRONICALLY FILED

         Plaintiff,

                                             Case No. 07 CV 6267
                                             Hon. Sidney H. Stein

vs.

R. SABEE COMPANY, LLC, and          **Defendant Draper Products, Inc.'s**
DRAPER PRODUCTS, INC.,                       **Rule 7.1 Statement**

         Defendants.
-------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for DRAPER PRODUCTS, INC. (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

      Dated:   August 15, 2007

                             REINHART BOERNER VAN DEUREN, s.c.

                             BY: _____s/_____
                                    Richard W. Donner
                                    SDNY Attorney No. RD 6205

                             1000 N. Water Street, Suite 2100
                             Milwaukee, WI 53202
                             (608) 298-1000
                             Attorneys for Defendants,
                             R. Sabee Company, LLC and
                             Draper Products, Inc.

Madison/18679