SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Four Paws Products, Ltd.   Plaintiff,

- against -

R. Sabee Company, LLC   Defendants,
and Draper Products, Inc.

07 cv 6267 (   )

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Richard W. Donner, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   Lewis W. Beilin
Firm Name:          Reinhart Boerner Van Deuren, s.c.
Address:            22 E. Mifflin St., Suite 600
City/State/Zip:     Madison, WI 53703
Phone Number:       (608) 229-2200
Fax Number:         (608) 229-2100

Lewis W. Beilin is a member in good standing of the Bar of the States of Wisconsin, U.S. Court of Appeals for the Seventh Circuit and U.S. District Courts for the Eastern and Western Districts of Wisconsin; Fourth Circuit Ct. of Appeals
There are no pending disciplinary proceeding against Lewis W. Beilin in any State or Federal court.

Dated: 8-14-07
City, State: Milwaukee, WI

Respectfully submitted,

Sponsor's SDNY Bar   #RD6205
Firm Name:       Reinhart Boerner Van Deuren, s.c.
Address:         100 North Water St.
City/State/Zip:  Milwaukee, WI 53201-2965
Phone Number:    414-298-1000
Fax Number:      414-298-8097

SDNY Form Web 10/2006

UNITED STATES DISTRICT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

| | | |
|---|---|---|
| Four Paws Products, Ltd. | Plaintiff, | |
| | | 07 cv 6267 |
| -against - | | |
| R. Sabee Company, LLC and Draper Products, Inc. | Defendants. | AFFIDAVIT OF RICHARD W. DONNER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |
| State of New York ) | | |
| ) SS: | | |
| County of New York ) | | |

Richard W. Donner, being duly sworn, hereby deposes and says as follows:

1. I am counsel for Defendants in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Lewis W. Beilin as counsel pro hac vice to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on March 31, 2004. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Lewis W. Beilin since 2006.

4. Mr. Beilin is an attorney at Reinhart Boerner Van Deuren s.c. in Madison, Wisconsin.

5. I have found Mr. Beilin to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Lewis W. Beilin, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Lewis W. Beilin, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Lewis W. Beilin, pro hac vice, to represent the Defendants in the above captioned matter, be granted.

Dated: August 14, 2007
City, State: Milwaukee, Wisconsin
Notarized:

Respectfully submitted,

_[signature]_

Name of Movant: Richard W. Donner
SDNY Bar Code: RD6205

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

David R. Schanker
Clerk

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## CERTIFICATE OF GOOD STANDING

I, Christopher J. Paulsen, Chief Deputy Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

LEWIS W. BEILIN

was admitted to practice as an attorney within this state on June 23, 2003 and is presently in good standing in this court.

Dated: August 8, 2007

CHRISTOPHER J. PAULSEN
Chief Deputy Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Four Paws Products, Ltd.                    Plaintiff,

                                                        07    cv   6267    (    )

         - against -
R. Sabee Company, LLC         Defendants.        **ORDER FOR ADMISSION**
and Draper Products, Inc.                         **PRO HAC VICE**
                                                  **ON WRITTEN MOTION**

Upon the motion of  Richard W. Donner,   attorney for  R. Sabce Co., LLC & Draper Products

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Lewis W. Beilin |
| Firm Name: | Reinhart Boerner Van Deuren, s.c. |
| Address: | 22 E. Mifflin St., Suite 600 |
| City/State/Zip: | Madison, WI 53703 |
| Telephone/Fax: | (608) 229-2100 |
| Email Address: | 608-229-2200 |

is admitted to practice pro hac vice as counsel for  R. Sabee Co., LLC & Draper Products  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:


                                    _____
                                    United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006