SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Four Paws Products, Ltd.   Plaintiff,

- against -

R. Sabee Company, LLC   Defendants.
and Draper Products, Inc.

07 cv 6267 ( )

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Richard W. Donner, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   Bryan K. Nowicki
Firm Name:          Reinhart Boerner Van Deuren, s.c.
Address:            22 E. Mifflin St., Suite 600
City/State/Zip:     Madison, WI 53703
Phone Number:       (608) 229-2200
Fax Number:         (608) 229-2100

Bryan K. Nowicki is a member in good standing of the Bar of the States of Wisconsin, Seventh Circuit Court of Appeals, Federal District Courts for the Eastern and Western Districts of Wisconsin

There are no pending disciplinary proceeding against Bryan K. Nowicki in any State or Federal court.

Dated: 8-14-07
City, State: Milwaukee, WI

Respectfully submitted,

Sponsor's SDNY Bar   #RD6205
Firm Name:           Reinhart Boerner Van Deuren, s.c.
Address:             100 North Water St.
City/State/Zip:      Milwaukee, WI 53201-2965
Phone Number:        414-298-1000
Fax Number:          414-298-8097

SDNY Form Web 10/2006

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Four Paws Products, Ltd. | Plaintiff, | |
| | | 07 cv 6267 |
| -against - | | |
| R. Sabee Company, LLC | Defendants. | AFFIDAVIT OF |
| and | | RICHARD W. DONNER |
| Draper Products, Inc. | | IN SUPPORT OF MOTION |
| | | TO ADMIT COUNSEL |
| State of New York ) | | PRO HAC VICE |
| ) SS: | | |
| County of New York ) | | |

Richard W. Donner, being duly sworn, hereby deposes and says as follows:

1. I am counsel for Defendants in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Lewis W. Beilin as counsel pro hac vice to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on March 31, 2004. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Bryan K. Nowicki since 2006.

4. Mr. Nowicki is an attorney at Reinhart Boerner Van Deuren s.c. in Madison, Wisconsin.

5. I have found Mr. Nowicki to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Bryan K. Nowicki, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Bryan K. Nowicki, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Bryan K. Nowicki, pro hac vice, to represent the Defendants in the above captioned matter, be granted.

Dated:         August 14, 2007
City, State:   Milwaukee, Wisconsin
Notarized:

                                        Respectfully submitted,

                                        [signature]
                                        _____
                                        Name of Movant: Richard W. Donner
                                        SDNY Bar Code: RD6205

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

David R. Schanker
Clerk

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## CERTIFICATE OF GOOD STANDING

*I, Christopher J. Paulsen, Chief Deputy Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

BRYAN K. NOWICKI

*was admitted to practice as an attorney within this state on June 17, 1997 and is presently in good standing in this court.*

Dated: August 8, 2007

*[signature]*
CHRISTOPHER J. PAULSEN
Chief Deputy Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing

SDNY (Rev. 10 2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Four Paws Products, Ltd.           Plaintiff,

                                                            07   cv   6267      (    )

- against -
R. Sabee Company, LLC             Defendants    **ORDER FOR ADMISSION**
and Draper Products, Inc.                                **PRO HAC VICE**
                                                            **ON WRITTEN MOTION**

Upon the motion of  Richard W. Donner,    attorney for  R. Sabee Co., LLC & Draper Products

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Bryan K. Nowicki |
| Firm Name: | Reinhart Boerner Van Deuren, s.c. |
| Address: | 22 E. Mifflin St., Suite 600 |
| City/State/Zip: | Madison, WI 53703 |
| Telephone/Fax: | (608) 229-2100 |
| Email Address: | 608-229-2200 |

is admitted to practice pro hac vice as counsel for   R. Sabee Co., LLC & Draper Products   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:


                                        _____
                                        United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $         SDNY RECEIPT#
SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
FOUR PAWS PRODUCTS, LTD.,

            Plaintiff,

   vs.

R. SABEE COMPANY, LLC, and
DRAPER PRODUCTS, INC.,
            Defendants.

Case No. 07 CV 6267

## CERTIFICATE OF SERVICE

I, Richard W. Donner, state that I am an attorney at the firm of Reinhart Boerner Van Deuren s.c. and that on August 14, 2007, I caused true and correct copies of the Defendants R. Sabee Company, LLC and Draper Products, Inc. Motions to Admit Counsel Pro Hac Vice, Affidavits of Richard W. Donner in Support of Motion to Admit Counsel Pro Hac Vice, and proposed Orders to be served by first class mail on the following:

Attorney Dana M. Susman
Attorney S. Reid Kahn
Kane Kessler, P.C.
1350 Avenue of the Americas
New York, NY 10019

                                                  *[signature]*
                                                  Richard W. Donner