℅SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/07

Four Paws Products, Ltd.          Plaintiff,

                07   cv   6267   (SHS)

  - against -

R. Sabee Company, LLC          Defendants.
and Draper Products, Inc.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Richard W. Donner, attorney for R. Sabee Co., LLC & Draper Products
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Lewis W. Beilin |
| Firm Name: | Reinhart Boerner Van Deuren, s.c. |
| Address: | 22 E. Mifflin St., Suite 600 |
| City/State/Zip: | Madison, WI 53703 |
| Telephone/Fax: | (608) 229-2100 |
| Email Address: | 608-229-2200 |

is admitted to practice pro hac vice as counsel for R. Sabee Co., LLC & Draper Products in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 8/29/07
City, State: N.Y., N.Y.

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006