SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Four Paws Products, Ltd.          Plaintiff,

- against -

R. Sabee Company, LLC
and Draper Products, Inc.         Defendants

07  cv  6267  (SB)

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/07

Upon the motion of Richard W. Donner, attorney for R. Sabee Co., LLC & Draper Products

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Bryan K. Nowicki |
| Firm Name: | Reinhart Boerner Van Deuren, s.c. |
| Address: | 22 E. Mifflin St., Suite 600 |
| City/State/Zip: | Madison, WI  53703 |
| Telephone/Fax: | (608) 229-2100 |
| Email Address: | 608-229-2200 |

is admitted to practice pro hac vice as counsel for R. Sabee Co., LLC & Draper Products in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: Aug 28, 2007
City, State: N.Y., N.Y.

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006