



August 31, 2007

Richard W. Donner, Esq.
Direct Dial: 414-298-8169
rdonner@reinhartlaw.com

SENT BY FACSIMILE

The Honorable Sidney H. Stein
U.S. District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Room 1010
New York, NY 10007

MEMO ENDORSED

Dear Judge Stein:    Re:  *Four Paws Products, Ltd. v.*
                         *R. Sabee Company, LLC, et al.*
                         Case No. 07-CV-06267

The court has scheduled a Rule 16 scheduling conference for September 7, 2007 at 10:30 a.m. in this case. I am writing to respectfully request permission to appear by telephone at that hearing.

Currently pending before the Court are motions to admit my colleagues, Attorneys Bryan Nowicki and Lewis Beilin *pro hac vice* in this matter. One or both of them may appear with me at the September 7th hearing, or, if the motions have been granted by that time, instead of me.

Thank you very much for your consideration of this request.

Yours very truly,

Richard W. Donner

8/31/07
So ordered
Sidney H. Stein
U.S.D.J.

MADISON\1870I4RWDJHH

cc    R. Sabee Company
      Draper Products
      Dana M. Susman, Esq.

P.O. Box 2965, Milwaukee, WI 53201-2965 · 1000 North Water Street, Suite 2100, Milwaukee, WI 53202
Telephone: 414-298-1000 · Facsimile: 414-298-8097 · Toll Free: 800-553-6215

Madison, WI · Telephone: 608-229-2200 · Toll Free: 800-728-6239
Waukesha, WI · Telephone: 262-951-4500 · Toll Free: 800-928-5529
Rockford, IL · Telephone: 815-633-5300 · Toll Free: 800-840-5420