S. Reid Kahn, Esq. (SRK-1458)
Dana M. Susman (DS-5436)
KANE KESSLER, P.C.
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
**FOUR PAWS PRODUCTS, LTD.,**                   :
                                                :   Case No. 07 CV 6267
                                                :   Hon. Sidney H. Stein
              **Plaintiff,**                    :
                                                :
       -against-                                :   <u>**NOTICE OF APPEARANCE**</u>
                                                :
**R SABEE COMPANY, LLC, and**                   :
**DRAPER PRODUCTS INC.,**                       :
                                                :
              **Defendants.**                   :
-----------------------------------------------------------x

S I R S :

      PLEASE TAKE NOTICE that S. Reid Kahn, Esq., the undersigned attorney, hereby appears as counsel for plaintiff in the above-entitled action and request that all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
       September 4, 2007

                                          KANE KESSLER, P.C.

                                       By: _/s/ S. Reid Kahn_____
                                           S. Reid Kahn (SRK-1458)
                                           Dana M. Susman (DS-5436)
                                           Attorneys for Plaintiff
                                           1350 Avenue of the Americas
                                           New York, NY 10019
                                           (212) 541-6222

#274602.1