09/05/2007 WED 13:08 FAX                                                    ☒ 002/002



# KANE KESSLER, P.C.

1350 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-4896
(212) 541-6222
FAX: (212) 245-3009
WWW.KANEKESSLER.COM

NEW JERSEY OFFICE
CONTINENTAL PLAZA
433 HACKENSACK AVENUE
HACKENSACK, N. J. 07601-6319
(201) 487-2828
FAX: (201) 487-3776

WRITER'S DIRECT NUMBER
(212) 519-5129
rkahn@kanekessler.com

September 5, 2007

**Via Facsimile**

Honorable Sidney H. Stein
U.S. District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street – Room 1010
New York, New York 10007

Re:  **Four Paws Products, Ltd. v. R Sabee Company, LLC, et al.**
     Case No. 07-CV-06267

Dear Judge Stein:

We are the attorneys for Plaintiff in the above-referenced matter.

On August 31, 2007, you granted the request of Defendants' attorneys to appear by telephone at the Rule 16 conference scheduled on September 7, 2007, at 10:30 a.m. Accordingly, we also request permission to appear by telephone.

Thank you for your consideration of this request.

Respectfully yours,

Dana M. Susman

SRK/nd

cc:  Lewis Beilin, Esq.
     (via email)

#274204.1

*[Handwritten note from Judge:] 9/5/07 Assuming that depo. trip from Wisconsin is longer than pltf's trip from [sixth avenue], the request is denied. If the court is mistaken in its geography, the request by pltf may be renewed. So ordered. [signed] Sidney H. Stein*