USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

FOUR PAWS SPECIALTY PRODUCTS, LTD.,    :    07 Civ. 6267 (SHS)

                    Plaintiff,    :

         -against-    :    ORDER

R. SABEE COMPANY, LLC, *ET AL.*,    :

                 Defendants.    :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        A pretrial conference having been held today, with counsel for plaintiff present and counsel for defendants participating via telephone,

        IT IS HEREBY ORDERED that the next conference is scheduled for December 26, 2007, at 10:00 a.m.

Dated: New York, New York
      December 14, 2007

                          SO ORDERED:

                          Sidney H. Stein, U.S.D.J.