```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FOUR PAWS, LTD.,                              :      07 Civ. 6267 (SHS)

               Plaintiff,             :

     -against-                              :      ORDER

R. SABEE COMPANY, L.L.C., *ET AL.*,           :

              Defendants.           :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    At the request of the parties,

    IT IS HEREBY ORDERED that the conference scheduled for December 26, 2007, at 10:00 a..m. is adjourned until January 25, 2008, at 10:30 a.m.

Dated: New York, New York
       December 21, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.