```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
FOUR PAWS PRODUCTS, LTD.,

        Plaintiff,

        Case No. 07 CV 6267
        Honorable Sidney H. Stein

vs.

R. SABEE COMPANY, LLC, and
DRAPER PRODUCTS, INC.,
        Defendants.

## ORDER FOR DISMISSAL

Upon the Stipulation of the Parties, by their respective counsel,

IT IS ORDERED THAT this action, including all claims and counterclaims, is dismissed with prejudice and without costs to any party.

BY THE COURT: 1/7/08

_____
The Honorable Sidney H. Stein

3